upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WALTER G. WILLIAMS and Others, Appellants, v. CHARLES J. HASKELL and Others, Defendants, Impleaded with CHARLES N. HASKELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HENRY M. HUBSHMAN and Another, Respondents, v. NASCO IMPORT & EXPORT Co., INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Nasco Import & Export Co., Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BANKERS TRUST COMPANY, as Executor, etc., of MARION S. WRIGHT, Deceased, Respondent, v. ALFRED M. BEDELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BRADFIELD CAB SALES CORPORATION OF NEW YORK, Appellant, v. MASSACHU-SETTS BONDING AND INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MORRIS WALENSTEIN, Appellant, v. SCHAINUCK REALTY CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SARAH MARGOLIN, Appellant, v. MAX MARGOLIN, Respondent.— Order modified by providing that the motion is granted upon payment by defendant of a full bill of costs to date of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, Respondent, v. EDWARD W. BROWNING, Appellant.— Order so far as appealed from modified by reducing counsel fee to the sum of $2,500 and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

FRANCES HEENAN BROWNING, an Infant, by CAROLYN M. HEENAN, Her Guardian ad Litem, Respondent, v. EDWARD W. BROWNING, Appellant.— Order modified by reducing additional counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ENEGLOTARIA MEDICINE Co., INC., Respondent, v. RUBIN BRUNER, Doing Business as FRATELLO CHEMICAL COMPANY, Defendant, Impleaded with HYMAN WEISS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

DAVID H. VAN DAMM and Another, Appellants, v. SAMUEL GINSBERG and Others, Defendants, Impleaded with LESTER M. FRIEDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GERTRUDE T. SNODGRASS, Respondent, v. FRANK G. SNODGRASS, Appellant.—